# CITATION



D52159

| | | |
|---|---|---|
| TAMMY EARLES, ET AL |  CLERK OF COURT | DOCKET NUMBER: C-20210003168<br>Division: A |
| VS | | 21st Judicial District Court<br>Parish of Tangipahoa |
| DOLLAR GENERAL, ET AL | | State of Louisiana |

To:  DOLLAR GENERAL    *Parish of EAST BATON ROUGE*
D/B/A DG LOUISIANA LLC THRU CORPORATION
SERVICE COMPANY
501 LOUISIANA AVE
BATON ROUGE, LA
70802.

**YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.*

*This service was requested by* BOYER, MARK D *and was issued by the Clerk of Court on* NOVEMBER 30, 2021.

<u>Pleading Served</u>
PETITION FOR DAMAGES

*(signature)*
Deputy Clerk of Court for
GARY STANGA, Clerk of Court

---

### Service Information

*Received on the* _____ *day of* _____, 20____ *and on the* _____ *day of* _____, 20____ *served the above named party as follows:*

**Personal Service** *on the party herein named* _____.

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of* _____, *a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____.

*Returned:*
Parish of _____ this _____ day of _____, 20____.

Service     $_____
                                By: _____
Mileage    $_____           *Deputy Sheriff*

Total       $_____

SERVICE

*(PREPAID stamp)*

Exhibit A

Tangipahoa Parish Clerk of Court 20210003168
Filed Nov 22, 2021 2:25 PM     A
Iesha Brumfield
Deputy Clerk of Court
FAX Received Nov 18, 2021

| | |
|---|---|
| TAMMY EARLES AND<br>GREGORY A. EARLES | DOCKET NO. |
| VERSUS | 21ST JUDICIAL DISTRICT COURT |
| | PARISH OF TANGIPAHOA |
| DOLLAR GENERAL d/b/a<br>DG LOUISIANA, LLC | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, TAMMY EARLES AND GREGORY A. EARLES, both individuals of the full age of majority and domiciled in Tangipahoa Parish, Louisiana, who, with respect, represents as follows:

1.

Made defendant herein is:

> DOLLAR GENERAL d/b/a DG LOUISIANA, LLC ("Dollar General"), a limited liability corporation authorized to do and doing business in the State of Louisiana.

2.

Defendant is truly indebted unto plaintiff for damages as follows.

3.

On or about November 30, 2020, plaintiff, Tammy Earles, was a customer and invitee at the Dollar General's store located in Hammond, Louisiana.

4.

As plaintiff, Tammy Earles, was shopping at Dollar General, she slipped and fell due to a laundry detergent that was spilled on the floor, causing serious bodily injury.

5.

Upon information and belief, there were no floor mats and/or warning signs where the laundry detergent had been spilled to notify customers of the Dollar General.

6.

At all times pertinent hereto, plaintiff, Tammy Earles, was walking and proceeding in a prudent and careful manner and she in no way caused or contributed to the subject accident and her resulting injuries.


Certified True and Correct Copy
CertID: 2021113000219


Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
11/30/2021 5:37 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

7.

The sole cause of this accident was the negligence and/or fault of defendant, DOLLAR GENERAL d/b/a DG LOUISIANA, LLC, in the following non-exclusive particulars:

1. Failing to exercise reasonable care to keep its aisles, passageways, and floors in a reasonably safe condition;

2. Failing to exercise reasonable care to keep the premises free of the hazardous condition which gave rise to plaintiff's damages;

3. Failing to place mats on the floor or warning signs at the time of the accident, presented an unreasonable and reasonably foreseeable risk of harm to the plaintiff and other customers;

4. Failing to exercise reasonable care after it either created or had actual or constructive notice of the wet area on the floor which caused plaintiff to trip, fall, and sustain injury;

5. Failing to care for the safety of its customers and invitees; and

6. Any and all other acts of negligence and/or fault which will be shown through discovery or at trial of this matter.

8.

Plaintiff, Tammy Earles, itemizes her damages in the following non-exclusive list:

1. Severe injuries to her body;

2. Past, present, and future medical expenses;

3. Past, present, and future mental anguish and inconvenience;

4. Past, present, and future pain and suffering;

5. Loss of enjoyment of life; and

6. Any other damages that may be shown through discovery or at trial of this matter.

9.

Plaintiff, GREGORY A. EARLES, is entitled to recover damages from the defendant individually for loss of love, support, society, companionship, and all other related claims due to the injury to his wife, TAMMY EARLES.

10.

Undersigned counsel for plaintiff hereby requests written notice of the date of the trial of the above matter as well as notice of hearings (whether on the merits or otherwise), orders, judgments, interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge, or any member of the Court, as provided for in the Louisiana Code of Civil Procedure.


Certified True and Correct Copy
CertID: 2021113000219


Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
11/30/2021 5:37 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**WHEREFORE**, plaintiffs, TAMMY EARLES and GREGORY A. EARLES, pray that this petition be filed and that defendant, DOLLAR GENERAL d/b/a DG LOUISIANA, LLC, be served with a certified copy and be cited to appear and answer same, and that after all legal delays and due proceedings are had, there be judgment herein in favor of plaintiffs and against defendant in an amount that is just and equitable in the premises, together with legal interest thereon from date of judicial demand until paid, and all costs of these proceedings.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

RESPECTFULLY SUBMITTED:

**BOYER, HEBERT, CARUSO & ANGELLE, LLC**

By: _____
**MARK D. BOYER, #26209**
1280 Del Este Avenue
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335
Facsimile: (225) 664-4490

**PLEASE SERVE:**

**DOLLAR GENERAL d/b/a
DG LOUISIANA, LLC
Through its agent for service and process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802**



**Certified True and Correct Copy**
CertID: 2021113000219



Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
11/30/2021 5:37 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).